UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BRISTOL-MYERS SQUIBB COMPANY,<br>KOSAN BIOSCIENCES INC.,<br><br>    Plaintiffs,<br><br>  v.<br><br>HON. DAVID J. KAPPOS,<br>Under Secretary of Commerce for<br>Intellectual Property and Director of the<br>United States Patent and Trademark Office,<br><br>    Defendant. | Civil Action No. 09-1330 (EGS)<br>(Consolidated with No. 09-2420 (EGS)) |

**DEFENDANT'S INDIVIDUAL RECOMMENDATION REGARDING CLAIMS WITH PENDING MOTIONS FOR RECONSIDERATION BEFORE USPTO**

Defendant, the Honorable David J. Kappos, Under Secretary of Commerce for Intellectual Property and Director of the United States Patent and Trademark Office ("USPTO"), respectfully submits its individual recommendation for the disposition of those claims in the complaints filed by Plaintiffs in the two above-referenced consolidated cases for which there is a request for reconsideration of a patent term adjustment pending before the USPTO.[1]  As stated in Defendant's Response to Plaintiffs' Motion to Set Status Conference (Docket Entry 20), Defendant's position is that each claim seeking a patent term adjustment for a patent granted more than 180 days before the filing of the respective lawsuit is untimely under the plain language of 35 U.S.C. § 154 (b)(4)(A). Defendant previously filed a motion to dismiss such a claim in No. 09-2420, and will file a motion

---

[1] Pursuant to the Court's Minute Order dated May 20, 2010, the parties have submitted a joint recommendation for disposition of the remaining claims alleged in the consolidated cases, included a recommendation to remand certain timely-filed claims in accordance with the Federal Circuit's decision in Wyeth v. Kappos, 591 F.3d 1364 (Fed. Cir. 2010) ("Wyeth").

to dismiss or for summary judgment on each such claim in the two consolidated cases, regardless of whether or not there is a pending request for reconsideration.[2] Accordingly, Defendant's recommendation is that the Court should defer taking any action with respect to the claims with pending requests for reconsideration until after it decides the dispositive motions that will be filed by the parties pursuant to the requested scheduling order.

                Respectfully submitted,

                RUDOLPH CONTRERAS, D.C. BAR # 434122
                Chief, Civil Division

By:    /s/
       JOHN G. INTERRANTE
       PA Bar # 61373
       Assistant United States Attorney
       Civil Division
       555 4th Street, N.W., Room E-4806
       Washington, D.C. 20530
       (202) 514-7220
       (202) 514-8780 (fax)
       John.Interrante@usdoj.gov

Of counsel:

Benjamin Wood, Associate Solicitor
Office of Solicitor
United States Patent and Trade Office

---

[2] Defendant repeats its offer to decide the pending reconsideration requests if Plaintiffs were to agree to dismiss the underlying claims without prejudice. However, as long as the claims remain in this lawsuit, Defendant considers them to be untimely and will raise the limitations defense in a motion to dismiss or for summary judgment.